UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.N., a Minor, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>City of Los Angeles, et al.,<br><br>　　　　　Defendants. | CASE NO. CV 07-01222-MMM(AJWx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __60__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: February 22, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE